UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-Cr-381-T-24EAJ

JOSEPH NELSON SWEET, and
JACK LEE MALONE

# **VERDICT**

1. **Count One of the Superseding Indictment**

    As to the offense of conspiracy to impair and impede the IRS, in violation of 18 U.S.C. § 371,

    We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

    Guilty _____    Not Guilty _____

    We, the Jury, find the defendant, **JACK LEE MALONE**:

    Guilty _____    Not Guilty _____

2. **Count Two of the Superseding Indictment**

    As to the offense of knowingly and corruptly interfering with Internal Revenue laws, in violation of 26 U.S.C. § 7212(a),

    We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

    Guilty _____    Not Guilty _____

3. **Count Three of the Superseding Indictment**

As to the offense of willfully and knowingly disobeying and resisting lawful orders of a Court, in violation of 18 U.S.C. § 401(3),

We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

Guilty _____     Not Guilty _____


4. **Count Four of the Superseding Indictment**

As to the offense of willfully and knowingly disobeying and resisting lawful orders of a Court, in violation of 18 U.S.C. § 401(3),

We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

Guilty _____     Not Guilty _____


SO SAY WE ALL, this _____ day of March, 2010.

_____
FOREPERSON