UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:08-cr-00381-T-24-EAJ

JOSEPH NELSON SWEET,
JACK LEE MALONE

_____/

## VERDICT

1. **Count One of the Superseding Indictment**

   As to the offense of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371,

   We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

   Not Guilty _____    Guilty ✓_____

   We, the Jury, find the defendant, **JACK LEE MALONE**:

   Not Guilty _____    Guilty ✓_____

2. **Count Two of the Superseding Indictment**

   As to the offense of knowingly and corruptly interfering with Internal Revenue laws, in

1

violation of 26 U.S.C. § 7212(a),

    We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

    Not Guilty _____        Guilty ✓_____

3. **Count Three of the Superseding Indictment**

As to the offense of willfully and knowingly disobeying and resisting a clear, unambiguous lawful order of a court of the United States on or about March 2, 2005, in violation of 18 U.S.C. § 401(3),

    We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

    Not Guilty _____        Guilty ✓_____

4. **Count Four of the Superseding Indictment**

As to the offense of willfully and knowingly disobeying and resisting a clear, unambiguous lawful order of a court of the United States on or about January 1, 2006, in violation of 18 U.S.C. § 401(3),

    We, the Jury, find the defendant, **JOSEPH NELSON SWEET**:

    Not Guilty _____        Guilty ✓_____

SO SAY WE ALL, this 10th day of March, 2010.

                                                  William VanGelder
                                                  FOREPERSON