UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-Cr-381-T-24EAJ

JOSEPH NELSON SWEET

### UNITED STATES' MOTION TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Robert E. O'Neill, the United States Attorney for the Middle District of Florida, hereby files its motion to dismiss the Indictment pending against Defendant JOSEPH NELSON SWEET, in the above-captioned case, without prejudice, on the ground(s) that Defendant SWEET was found guilty by a jury on charges filed against him in a superseding indictment. Defendant SWEET was sentenced on the convictions from the superseding indictment October 15, 2010.

WHEREFORE, the United States respectfully requests that this Court grant the motion to dismiss the Indictment against Defendant JOSEPH NELSON SWEET in the above-captioned case.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  *s/ Cherie L. Krigsman*
CHERIE L. KRIGSMAN
Assistant United States Attorney
Florida Bar No. 0048764
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6344
Facsimile:  (813) 274-6103
E-mail:  cherie.krigsman@usdoj.gov

| | |
|---|---|
| U.S. v. JOSEPH NELSON SWEET | Case No. 8:08-Cr-381-T-24EAJ |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dionja Dyer, Esquire

*s/ Cherie L. Krigsman*
CHERIE L. KRIGSMAN
Assistant United States Attorney
Florida Bar No. 0048764
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6344
Facsimile:    (813) 274-6103
E-mail:  cherie.krigsman@usdoj.gov