# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 18, 2012

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 8 2012

JOHN LEY
CLERK

Re:  Joseph Nelson Sweet
     v. United States
     No. 11-9263
     (Your No. 10-15069)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 19, 2012

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 10-15069-AA
Case Style: USA v. Joseph Sweet
District Court Docket No: 8:08-cr-00381-SCB-EAJ-1

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

MDT-4 Notice of Certiorari Denial to DC